## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**TRAVIS JAMAL WALTON**                    **CIVIL ACTION**

**VERSUS**                                 **NO. 12-0931**

**DAMIL TOPPS, WALLY CUMMINGS,**           **SECTION "N"(4)**
**ROBERT CROW**

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Travis Jamal Walton's 42 U.S.C. § 1983 complaint against the defendants, Warden Damil Topps, Assistant Warden Wally Cummings, former Sheriff Robert Crow, and Dr. Jerry Thomas, be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 10th day of September, 2012.

**UNITED STATES DISTRICT JUDGE**